UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

In Re:

Nat S. Amadeo
Denise M. Amadeo,

Debtors

Case No.: 22-13537

Chapter: 13

Judge: CMG

## SUPPLEMENTAL DISCLOSURE OF CHAPTER 13
## DEBTOR'S ATTORNEY COMPENSATION

Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was agreed to be paid to me, within one year before the filed date of the petition, for services to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

(1)   On April 29, 2022, Nat and Denise Amadeo signed an Agreement to Provide Legal Services in connection with the negotiation of a Loan Modification on the 1st Mortgage of their real property located at 1162 Sylvan Drive.

(2)   The agreement provided for no initial payment, but for compensation to be paid for attorney services at the rate of $450 per hour, and $195 per hour for paralegal services. To date, I have not received any compensation for loan modification services.

(3)   I have not agreed to share compensation with another person unless they are members of my law firm.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor(s) not previously disclosed in this case.

Dated: May 19, 2022                            /s/ William H. Oliver, Jr.
                                               *Debtors' Attorney*

**CERTIFICATION OF SERVICE**

  On April 28, 2022, I, William H. Oliver, Jr., sent a copy of this Supplemental Disclosure, to the following:

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>3 AAA Drive, Suite 203<br>Robbinsville, NJ 08691 | Trustee | CM/ECF |

  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 19, 2022             /s/ William H. Oliver, Jr.
                       *Debtor's Attorney*