Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street

Trenton, NJ 08608

---

Case No.:  22–13537–CMG

Chapter:  13

Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nat S. Amadeo                          Denise M. Amadeo

1162 Sylvan Drive                    1162 Sylvan Drive

Toms River, NJ 08753            Toms River, NJ 08753

Social Security No.:

xxx–xx–1081                          xxx–xx–0485

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 18, 2022, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 20 – 10

Order Granting Notice of Request for Loss Mitigation(Related Doc # 10). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/18/2022. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 18, 2022

JAN: rms

Jeanne Naughton

Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 22-13537-CMG

Nat S. Amadeo                                                                    Chapter 13

Denise M. Amadeo
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| lm | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | May 18 2022 20:36:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

District/off: 0312-3                        User: admin                              Page 2 of 2
Date Rcvd: May 18, 2022                     Form ID: orderntc                        Total Noticed: 1
TOTAL: 5