**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Nat S. Amadeo  
Denise M. Amadeo  

Debtor(s)

Case No.: 22-13537

Judge: CMG

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 02/16/2023

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/RCL    Initial Debtor: /s/DSA    Initial Co-Debtor: /s/DMA

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____240.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____March 1, 2023_____ for approximately _____26_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

  ☒   Future earnings

  ☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1,263.00 |
| DOMESTIC SUPPORT OBLIGATION | | |
| ATTORNEY FEE (supplemental post-confirmation fees, subject to approval by the Court) | Administrative | $3,276.00 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☐ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:**  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| PNC Bank, N.A. | 1162 Sylvan Drive, Toms River, NJ | $37,233.31 | $295,219.00 | $351,000.00 | 0 | 0 | $0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

US Bank Home Mortgage - 1st Mortgage on property 1162 Sylvan Drive, Toms River, NJ - regular monthly payment to be made outside the chapter 13 plan as per loan modification agreement.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5:  Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 3,040.00 to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6: Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

### Part 7: Motions  ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| PNC Bank, N.A. | 1162 Sylvan Drive, Toms River, NJ | $37,233.31 | $295,219.00 | $351,000.00 | 0 | total debt/lien |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims
3) Secured Claim
4) Priority Claims; 5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 04/23/2022

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtors have received final loan modification | part 1a: reducing length of plan to 3 year plan<br>part 4a: removing cure of mortgage<br>part 4f: adding mortgage to be paid outside of plan as per loan modification agreement |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 02/16/2023 _____    /s/Nat S. Amadeo_____
                                             Debtor

Date: 02/16/2023 _____    /s/Denise M. Amadeo_____
                                             Joint Debtor

Date: 02/16/2023 _____    /s/Cameron Legg_____
                                             Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-13537-CMG
Nat S. Amadeo  Chapter 13
Denise M. Amadeo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: Mar 01, 2023      Form ID: pdf901      Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nat S. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |
| jdb | + | Denise M. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |
| 519570268 | | Laura Fei, c/o Davis, Saperstein & Salomon, PC, 375 Cedar Lane, Teaneck, NJ 07666-3433 |
| 519570267 | + | Laura Fei, 915 Brookside Drive, Toms River, NJ 08753-4330 |
| 519570283 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519658814 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519570292 | | William Fei, c/o Davis, Saperstein & Salomon, PC, 375 Cedar Lane, Teaneck, NJ 07666-3433 |
| 519570291 | + | William Fei, 915 Brookside Drive, Toms River, NJ 08753-4330 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2023 20:57:00 | U.S. Bank NATIONAL ASSOCIATION, 4801 Frederica Street, Owensboro, KY 42301 |
| 519574744 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 21:04:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570244 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 21:04:16 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570245 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 01 2023 21:04:15 | Bureaus Investment Group Portfolio, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519574731 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 21:04:35 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570246 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 21:04:33 | Cach, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570247 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2023 21:04:21 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519570248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2023 21:04:29 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519570249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2023 21:04:21 | Capital One/Walmart, Attn: Bankruptcy, Po Box |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 30285, Salt Lake City, UT 84130-0285 |
| 519570250 | ^ MEBN | Mar 01 2023 20:55:48 | Capital One/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519570251 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 20:57:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519570252 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 20:57:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 519570253 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 20:57:00 | Comenity Capital, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519570254 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 20:57:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519570255 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 20:57:00 | Comenitybank/trwrdsv, Po Box 182789, Columbus, OH 43218-2789 |
| 519570256 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2023 21:04:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519570257 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2023 21:04:22 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519570259 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2023 21:04:21 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519570258 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2023 21:04:13 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519570261 | Email/Text: cms-bk@cms-collect.com | Mar 01 2023 20:57:00 | Discover Personal Loans, c/o Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519570260 | + Email/Text: dplbk@discover.com | Mar 01 2023 20:57:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519633020 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2023 21:04:12 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519570262 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 01 2023 20:58:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519570263 | + Email/Text: bnc-bluestem@quantum3group.com | Mar 01 2023 20:58:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 519570264 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 01 2023 20:58:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519570265 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 01 2023 20:58:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 519570266 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2023 20:57:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519641024 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2023 20:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519574727 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 21:04:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570269 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 21:04:14 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519580379 | + Email/Text: mail@ldf-holdings.com | Mar 01 2023 20:56:00 | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 519633076 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2023 21:04:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519570270 | + Email/Text: bankruptcydpt@mcmcg.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 01 2023 20:57:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519570272 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2023 20:57:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 519570273 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2023 20:57:00 | Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519570276 | + | Email/Text: netcreditbnc@enova.com | Mar 01 2023 20:58:21 | NetCredit, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 519570275 | + | Email/Text: netcreditbnc@enova.com | Mar 01 2023 20:58:21 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519570278 | | Email/Text: bankruptcydocs@osla.org | Mar 01 2023 20:56:00 | OSLA/Dept of Ed, 525 Central Park Drive, Oklahoma City, OK 73105 |
| 519570277 | | Email/Text: bankruptcydocs@osla.org | Mar 01 2023 20:56:00 | OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City, OK 73154 |
| 519570279 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 01 2023 20:56:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 519570282 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2023 21:04:32 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519570280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2023 21:04:32 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519570281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2023 21:04:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519634221 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2023 21:04:34 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519634239 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2023 21:04:22 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519570271 | | Email/Text: signed.order@pfwattorneys.com | Mar 01 2023 20:56:00 | Midland Credit Management, Inc., c/o Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519570274 | | Email/Text: signed.order@pfwattorneys.com | Mar 01 2023 20:56:00 | Midland Funding, LLC, c/o Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519649424 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2023 20:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519637039 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2023 20:57:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519571846 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 21:04:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519570286 | + | Email/Text: bncmail@w-legal.com | Mar 01 2023 20:57:00 | TD Bank, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519570285 | + | Email/Text: bncmail@w-legal.com | Mar 01 2023 20:57:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519570284 | + | Email/Text: bncmail@w-legal.com | Mar 01 2023 20:57:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519655799 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 01 2023 20:57:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 519570288 | + | Email/Text: RASEBN@raslg.com | Mar 01 2023 20:56:00 | US Bank Home Mortgage, c/o RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

| 519570287 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| --- | --- | --- | --- | --- |
| | | | Mar 01 2023 20:57:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 519570289 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Mar 01 2023 20:57:00 | USAA Savings Bank, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519570290 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 01 2023 21:04:22 | Verizon, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| lm | *+ | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 519583635 | *+ | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 519577196 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519634240 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank NATIONAL ASSOCIATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com |
| Robert Cameron Legg | on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William H. Oliver, Jr. | |

on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 8