Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13537−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Nat S. Amadeo | Denise M. Amadeo |
| 1162 Sylvan Drive | 1162 Sylvan Drive |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
xxx−xx−1081                                   xxx−xx−0485

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 19, 2023.

Dated: May 19, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13537-CMG |
| Nat S. Amadeo | Chapter 13 |
| Denise M. Amadeo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: May 19, 2023 | Form ID: plncf13 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nat S. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |
| jdb | + | Denise M. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |
| 519570268 | | Laura Fei, c/o Davis, Saperstein & Salomon, PC, 375 Cedar Lane, Teaneck, NJ 07666-3433 |
| 519570267 | + | Laura Fei, 915 Brookside Drive, Toms River, NJ 08753-4330 |
| 519658814 | | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519570283 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519570292 | | William Fei, c/o Davis, Saperstein & Salomon, PC, 375 Cedar Lane, Teaneck, NJ 07666-3433 |
| 519570291 | + | William Fei, 915 Brookside Drive, Toms River, NJ 08753-4330 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 19 2023 20:39:00 | U.S. Bank NATIONAL ASSOCIATION, 4801 Frederica Street, Owensboro, KY 42301 |
| 519574744 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 20:51:38 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570244 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 20:40:35 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570245 | + | Email/PDF: rmscedi@recoverycorp.com | May 19 2023 20:41:05 | Bureaus Investment Group Portfolio, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519574731 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 20:51:39 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570246 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 20:40:36 | Cach, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570247 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 20:40:09 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519570248 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 20:51:53 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519570249 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 20:40:57 | Capital One/Walmart, Attn: Bankruptcy, Po Box |

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: plncf13 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 30285, Salt Lake City, UT 84130-0285 |
| 519570250 | ^ | MEBN | May 19 2023 20:36:37 | Capital One/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519570251 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2023 20:38:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519570252 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2023 20:38:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 519570253 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2023 20:38:00 | Comenity Capital, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519570254 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2023 20:38:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519570255 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 19 2023 20:38:00 | Comenitybank/trwrdsv, Po Box 182789, Columbus, OH 43218-2789 |
| 519570256 | + | Email/PDF: creditonebknotifications@resurgent.com | May 19 2023 20:40:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519570257 | + | Email/PDF: creditonebknotifications@resurgent.com | May 19 2023 20:51:39 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519570259 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2023 20:51:42 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519570258 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2023 20:40:32 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519570261 | | Email/Text: cms-bk@cms-collect.com | May 19 2023 20:38:00 | Discover Personal Loans, c/o Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519570260 | + | Email/Text: dplbk@discover.com | May 19 2023 20:39:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519633020 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2023 20:51:39 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519570262 | + | Email/Text: bnc-bluestem@quantum3group.com | May 19 2023 20:39:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519570263 | + | Email/Text: bnc-bluestem@quantum3group.com | May 19 2023 20:39:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 519570264 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 19 2023 20:39:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519570265 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 19 2023 20:39:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 519570266 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 19 2023 20:38:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519641024 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 19 2023 20:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519574727 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 20:41:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570269 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 20:51:39 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519580379 | + | Email/Text: mail@ldf-holdings.com | May 19 2023 20:38:00 | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 519633076 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2023 20:51:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519570270 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 19 2023 20:39:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519570272 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2023 20:39:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 519570273 | + | Email/Text: bankruptcydpt@mcmcg.com | May 19 2023 20:39:00 | Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519570276 | + | Email/Text: netcreditbnc@enova.com | May 19 2023 20:39:00 | NetCredit, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 519570275 | + | Email/Text: netcreditbnc@enova.com | May 19 2023 20:39:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519570278 | | Email/Text: bankruptcydocs@osla.org | May 19 2023 20:38:00 | OSLA/Dept of Ed, 525 Central Park Drive, Oklahoma City, OK 73105 |
| 519570277 | | Email/Text: bankruptcydocs@osla.org | May 19 2023 20:38:00 | OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City, OK 73154 |
| 519570279 | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2023 20:38:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 519570282 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2023 20:40:09 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519570280 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2023 20:41:02 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519570281 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2023 20:40:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519634221 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2023 20:41:02 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519634239 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 19 2023 20:51:43 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519570271 | | Email/Text: signed.order@pfwattorneys.com | May 19 2023 20:38:00 | Midland Credit Management, Inc., c/o Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519570274 | | Email/Text: signed.order@pfwattorneys.com | May 19 2023 20:38:00 | Midland Funding, LLC, c/o Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519649424 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2023 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519637039 | | Email/Text: bnc-quantum@quantum3group.com | May 19 2023 20:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519571846 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 20:51:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519570286 | + | Email/Text: bncmail@w-legal.com | May 19 2023 20:39:00 | TD Bank, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519570285 | + | Email/Text: bncmail@w-legal.com | May 19 2023 20:38:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519570284 | + | Email/Text: bncmail@w-legal.com | May 19 2023 20:38:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519655799 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 19 2023 20:39:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 519570288 | + | Email/Text: RASEBN@raslg.com | May 19 2023 20:38:00 | US Bank Home Mortgage, c/o RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: plncf13 | Total Noticed: 68 |

| | | | | |
|---|---|---|---|---|
| 519570287 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 19 2023 20:39:00 | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 519570289 | + | Email/Text: bncmail@w-legal.com | May 19 2023 20:39:00 | USAA Savings Bank, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519570290 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2023 20:51:47 | Verizon, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 |
| 519583635 | *+ | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 519577196 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519634240 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2023              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank NATIONAL ASSOCIATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 19, 2023 | Form ID: plncf13 | Total Noticed: 68 |

TOTAL: 8