**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

Order Filed on July 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Nat S. Amadeo
Denise M. Amadeo

| | |
|---|---|
| Case No: | 22-13537 |
| Chapter: | 13 |
| Hearing Date: | 05/28/2025 @ 9am |
| Judge: | MEH |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 24, 2025**

*/s/ Mark E. Hall*

Honorable Mark E. Hall
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1162 Sylvan Drive, Toms River, NJ 08753
Block 424 Lot 4

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: PNC Bank, National Association
b. Current Assignee: ___
c. Current Servicer: ___
d. Date of Mortgage/Lien: 10/12/2012
e. Date of Recordation: 10/18/2012
f. Place of Recordation: Ocean County Clerk
   i. Mortgage Book: 15345
   ii. Page: 1564
g. Original Principal Balance of Mortgage/Lien: $ 40,000.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*