| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on July 24, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nat S. Amadeo<br>Denise M. Amadeo | Case No: 22-13537<br><br>Chapter: 13<br><br>Hearing Date: 05/28/2025 @ 9am<br><br>Judge: MEH |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 24, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 1162 Sylvan Drive, Toms River, NJ 08753
Block 424 Lot 4

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: PNC Bank, National Association
b. Current Assignee: _____
c. Current Servicer: _____
d. Date of Mortgage/Lien: 10/12/2012
e. Date of Recordation: 10/18/2012
f. Place of Recordation: Ocean County Clerk
   i. Mortgage Book: 15345
   ii. Page: 1564
g. Original Principal Balance of Mortgage/Lien: $ 40,000.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

In re:  
Nat S. Amadeo  
Denise M. Amadeo  
    Debtors

Case No. 22-13537-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2025 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nat S. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |
| jdb | + | Denise M. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor U.S. Bank NATIONAL ASSOCIATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 24, 2025 | Form ID: pdf903 | Total Noticed: 2

Robert Cameron Legg
    on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

William H. Oliver, Jr.
    on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 9