| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nat S. Amadeo<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1081<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Denise M. Amadeo<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0485<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number: 22–13537–MEH | | |

## Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Nat S. Amadeo                              Denise M. Amadeo

  9/25/25                                    **By the court:** Mark Edward Hall
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-13537-MEH |
| Nat S. Amadeo | Chapter 13 |
| Denise M. Amadeo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nat S. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |
| jdb | + | Denise M. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |
| 519570268 | | Laura Fei, c/o Davis, Saperstein & Salomon, PC, 375 Cedar Lane, Teaneck, NJ 07666-3433 |
| 519570267 | + | Laura Fei, 915 Brookside Drive, Toms River, NJ 08753-4330 |
| 520798965 | + | Nat S. Amadeo, Denise M. Amadeo, 1162 Sylvan Drive, Toms River, NJ 08753-3046 |
| 519570283 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519570292 | | William Fei, c/o Davis, Saperstein & Salomon, PC, 375 Cedar Lane, Teaneck, NJ 07666-3433 |
| 519570291 | + | William Fei, 915 Brookside Drive, Toms River, NJ 08753-4330 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 25 2025 20:54:00 | U.S. Bank NATIONAL ASSOCIATION, 4801 Frederica Street, Owensboro, KY 42301 |
| 519574744 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570244 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:56 | Ashley Funding Services, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570245 | + | EDI: PRA.COM | Sep 26 2025 00:45:00 | Bureaus Investment Group Portfolio, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519574731 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:21:48 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570246 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:10 | Cach, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570247 | + | EDI: CAPITALONE.COM | Sep 26 2025 00:45:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519570248 | + | EDI: CAPITALONE.COM | Sep 26 2025 00:45:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519570249 | + | EDI: CAPITALONE.COM | Sep 26 2025 00:45:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box |

Case 22-13537-MEH    Doc 86    Filed 09/27/25    Entered 09/28/25 00:15:19    Desc Imaged
                              Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| 519570250 | ^  MEBN | | 30285, Salt Lake City, UT 84130-0285 |
| | | Sep 25 2025 20:51:29 | Capital One/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 519570251 | +  EDI: WFNNB.COM | Sep 26 2025 00:45:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519570252 | +  EDI: WFNNB.COM | Sep 26 2025 00:45:00 | Comenity Bank/Wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 519570253 | +  EDI: WFNNB.COM | Sep 26 2025 00:45:00 | Comenity Capital, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519570254 | +  EDI: WFNNB.COM | Sep 26 2025 00:45:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519570255 | +  EDI: WFNNB.COM | Sep 26 2025 00:45:00 | Comenitybank/trwrdsv, Po Box 182789, Columbus, OH 43218-2789 |
| 519570256 | +  Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2025 21:10:00 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519570257 | +  Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2025 21:10:46 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519570259 | +  Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2025 21:09:58 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519570258 | +  Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2025 21:10:35 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519570261 | Email/Text: cms-bk@cms-collect.com | Sep 25 2025 20:54:00 | Discover Personal Loans, c/o Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 519570260 | +  EDI: DISCOVERPL | Sep 26 2025 00:45:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519633020 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2025 21:10:43 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519570262 | +  EDI: BLUESTEM | Sep 26 2025 00:45:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519570263 | +  EDI: BLUESTEM | Sep 26 2025 00:45:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 519570264 | +  EDI: PHINGENESIS | Sep 26 2025 00:45:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 519570265 | +  EDI: PHINGENESIS | Sep 26 2025 00:45:00 | Genesis FS Card Services, Po Box 4499, Beaverton, OR 97076-4499 |
| 519570266 | EDI: IRS.COM | Sep 26 2025 00:45:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519641024 | EDI: JEFFERSONCAP.COM | Sep 26 2025 00:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519574727 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519570269 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:38 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519580379 | +  Email/Text: mail@ldf-holdings.com | Sep 25 2025 20:53:00 | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 519633076 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2025 21:09:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519570270 | +  Email/Text: bankruptcydpt@mcmcg.com | | |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519570272 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2025 20:54:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519570273 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2025 20:54:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 519570276 | + | Email/Text: netcreditbnc@enova.com | Sep 25 2025 20:54:00 | Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 519570275 | + | Email/Text: netcreditbnc@enova.com | Sep 25 2025 20:54:40 | NetCredit, 175 W Jackson Blvd, Chicago, IL 60604-3043 |
| 520710065 | | EDI: MAXMSAIDV | Sep 25 2025 20:54:40 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519570278 | + | EDI: MAXMSAIDV | Sep 26 2025 00:45:00 | OSLA ON BEHALF OF US DEPT OF ED DIRECT LOANS, U.S. DEPT OF EDUCATION, P.O. BOX 4278, PORTLAND, OR 97208-4278 |
| 519570277 | + | EDI: MAXMSAIDV | Sep 26 2025 00:45:00 | OSLA/Dept of Ed, 525 Central Park Drive, Oklahoma City, OK 73105-1723 |
| 519570279 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2025 00:45:00 | OSLA/Dept of Ed, Attn: Bankruptcy, Po Box 18475, Oklahoma City, OK 73154-0475 |
| 519570282 | | EDI: PRA.COM | Sep 25 2025 20:53:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 519570280 | | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519570281 | | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519634221 | | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519634239 | | EDI: PRA.COM | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519570271 | | Email/Text: signed.order@pfwattorneys.com | Sep 26 2025 00:45:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 519570274 | | Email/Text: signed.order@pfwattorneys.com | Sep 25 2025 20:53:00 | Midland Credit Management, Inc., c/o Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519649424 | | EDI: Q3G.COM | Sep 25 2025 20:53:00 | Midland Funding, LLC, c/o Pressler & Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519637039 | | EDI: Q3G.COM | Sep 26 2025 00:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520420799 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2025 00:45:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520420798 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:21:43 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519658814 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 25 2025 21:10:01 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519571846 | ^ | MEBN | Sep 25 2025 20:53:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519570286 | + | Email/Text: bncmail@w-legal.com | Sep 25 2025 20:51:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Sep 25 2025 20:54:00 | TD Bank, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| | | | | 98121-3132 |
| 519570285 | + EDI: WTRRNBANK.COM | Sep 26 2025 00:45:00 | | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 519570284 | + EDI: WTRRNBANK.COM | Sep 26 2025 00:45:00 | | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 519655799 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 25 2025 20:54:00 | | U.S. Bank National Association,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 519570287 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Sep 25 2025 20:54:00 | | US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301 |
| 519570288 | + Email/Text: RASEBN@raslg.com | Sep 25 2025 20:53:00 | | US Bank Home Mortgage, c/o RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519570289 | + Email/Text: bncmail@w-legal.com | Sep 25 2025 20:54:00 | | USAA Savings Bank, c/o Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 519570290 | + EDI: AIS.COM | Sep 26 2025 00:45:00 | | Verizon, 4515 N Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 64

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | U S BANK, 4801 FREDERICA STREET, OWENSBORO KY 42301-7441, address filed with court:, US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301 |
| 519583635 | *+ | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 520710301 | * | OSLA ON BEHALF OF US DEPT OF ED DIRECT LOANS, U.S. DEPT OF EDUCATION, P.O. BOX 4278, PORTLAND, OR 97208-4278 |
| 519577196 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519634240 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Sep 25, 2025 | Form ID: 3180W | Total Noticed: 72

| | |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor U.S. Bank NATIONAL ASSOCIATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Denise M. Amadeo courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Nat S. Amadeo courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 9